**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| KENYA KENYATTA, | : |
| | : Civil Case No. 11-3013 (FSH) |
| Plaintiff, | : |
| | : **ORDER** |
| v. | : |
| | : June 20, 2011 |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
| Defendant. | : |
| | : |

      This matter coming before the Court upon plaintiff's complaint and application to proceed *in forma pauperis*; and

      it appearing that plaintiff's application states that he receives $630 per month in social security and that his wife earns approximately $1,100 per month; and

      it therefore appearing that plaintiff does not qualify to proceed *in forma pauperis*;

      **IT IS** on this 20th day of June 2011,

      **ORDERED** that plaintiff has until July 20, 2011 to pay the $350 filing fee under 28 U.S.C. § 1914(a) to the Clerk's office or else this complaint will be deemed withdrawn.

/s/ Faith S. Hochberg
Hon. Faith S. Hochberg, U.S.D.J.
